

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00950-CV

**IN THE INTEREST OF L.J.G.**, G.J.G., Z.I.G., A.A.G., and L.G.-R.F.

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00461
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

We ORDER no costs assessed against appellant.

SIGNED April 10, 2019.

Luz Elena D. Chapa, Justice